**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. PIERCE DIVISION**

TAMMY MCBRIDE

    Plaintiff,

v.                                CASE NO.:   2:19-cv-14121-RLR

THE CBE GROUP, INC.

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** TAMMY MCBRIDE by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, TAMMY MCBRIDE, and Defendant, THE CBE GROUP, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 28th day of June, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                        Respectfully submitted,

                        */s/Heather H. Jones*
                        Heather H. Jones, Esq.
                        Florida Bar No. 0118974
                        William "Billy" Peerce Howard, Esq.
                        Florida Bar No. 0103330
                        THE CONSUMER PROTECTION FIRM, PLLC
                        4030 Henderson Blvd.
                        Tampa, FL   33629
                        Telephone: (813) 500-1500, ext. 205
                        Facsimile: (813) 435-2369
                        Heather@TheConsumerProtectionFirm.com
                        Billy@TheConsumerProtectionFirm.com
                        *Attorney for Plaintiff*