UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

TAMMY MCBRIDE,

    Plaintiff,

v.                                             CASE NO.: 2:19-cv-14121-RLR

THE CBE GROUP, INC.,

    Defendant.

_____./

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**COMES NOW** the Plaintiff, TAMMY MCBRIDE, and the Defendant, THE CBE GROUP, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| */s/ Heather H. Jones* | */s/ Joseph C. Proulx* |
| Heather H. Jones, Esq. | Joseph C. Proulx Esq. |
| Florida Bar No. 0118974 | Florida Bar No. 0056830 |
| William "Billy" Peerce Howard, Esq. | Dale T. Golden, Esq. |
| Florida Bar No. 0103330 | Florida Bar No.: 0094080 |
| THE CONSUMER PROTECTION FIRM, PLLC | GOLDEN SCAZ GAGAIN, PLLC |
| 4030 Henderson Blvd. | 201 North Armenia Avenue |
| Tampa, FL 33629 | Tampa, FL 33609 |
| Telephone: (813) 500-1500, ext. 205 | Telephone: (813) 251-5500 |
| Facsimile: (813) 435-2369 | Facsimile: (813) 251-3675 |
| Heather@TheConsumerProtectionFirm.com | jproulx@gsgfirm.com |
| Billy@TheConsumerProtectionFirm.com | dgolden@gsgfirm.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**CERTIFICATE OF SERVICE**

      I certify that on July 29, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

      */s/ Heather H. Jones*
      Heather H. Jones, Esq.
      Florida Bar No. 0118974
      William "Billy" Peerce Howard, Esq.
      Florida Bar No. 0103330
      THE CONSUMER PROTECTION FIRM, PLLC
      4030 Henderson Blvd.
      Tampa, FL 33629
      Telephone: (813) 500-1500, ext. 205
      Facsimile: (813) 435-2369
      Heather@TheConsumerProtectionFirm.com
      Billy@TheConsumerProtectionFirm.com
      *Attorney for Plaintiff*